782

Stephen Dewayne GRAY

v.

STATE

CR-13-0527

Court of Criminal Appeals of Alabama.

02/06/2015

Reh. denied

■

C.C.L.

v.

STATE

CR-13-0579

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

Larry Eugene BAILEY

v.

STATE

CR-13-0599

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

■

Carlenilus Keon SANDIFER

v.

STATE

CR-13-0627

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 03/06/2015

Affirmed

